SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 12,<br><br>Defendants. | Case No. 1:11-cv-00262 DAE-RLP (Copyright)<br><br>**PLAINTIFF'S *EX-PARTE* MOTION FOR ORDER AUTHORIZING ADDITIONAL EARLY DISCOVERY AND ADDITIONAL TIME FOR SERVICE UNDER RULES 26(d) AND 4(m), FRCP; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE**<br><br>**NON-HEARING MOTION** |

# PLAINTIFF'S *EX-PARTE* MOTION FOR ORDER AUTHORIZING ADDITIONAL EARLY DISCOVERY AND ADDITIONAL TIME FOR SERVICE UNDER RULES 26(d) AND 4(m), FRCP

Plaintiff LIBERTY MEDIA HOLDINGS, LLC ("Plaintiff" or "Liberty"), by and through its attorneys undersigned, respectfully move this Court, *Ex-Parte* and without a hearing, for an order (1) authorizing Plaintiff to conduct additional limited early discovery solely for the purpose of identifying the remaining Doe Defendants, through written discovery requests and/or depositions of those Internet subscribers who were identified by the ISPs pursuant to early discovery previously authorized by this Court and; (2) extending the time within which Plaintiff may serve the remaining Doe Defendants for up to 90 days following the issuance of the requested order.

Plaintiff is requesting the additional early discovery and additional time to serve in order to ensure that the defendants Plaintiff identifies and serves in this matter are the individuals who engaged in direct and/or contributory copyright infringement of Plaintiff's copyrighted work.

Plaintiff makes this Motion pursuant to Rules 4(m), 7, and 26(d), Fed. R. Civ. P, and *Ex-Parte* pursuant to Local Rule 7.2(d).  This Motion is supported by Plaintiff's Memorandum of Law in Support of the Motion and Declaration of Counsel attached.  Plaintiff is serving the Internet subscribers from whom the

additional discovery is sought with a copy of this motion.  A proposed Order is submitted herewith and will be provided to chambers via email.

DATED:  Honolulu, Hawaii, September 13, 2011.

>SETH M REISS, AAL, ALLLC
>RANDAZZA LEGAL GROUP
>
>*/s/ Seth M. Reiss*
>SETH M. REISS
>MARC J. RANDAZZA
>
>Attorneys for Plaintiff
>LIBERTY MEDIA HOLDINGS, LLC