SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 2011

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05; MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, JEANNETTE TREVIAS, PAUL MARMULSTEIN, BRUCE GREEK, CALVIN NISHIO, AND DOES 13 THROUGH 20, <br><br> Defendants. | Case No. 1:11-cv-00262 DAE-RLP (Copyright) <br><br> RETURN OF SERVICE |

## RETURN OF SERVICE

I HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS WERE SERVED UPON:

1. Complaint; Exhibit 1;

2. Order Setting Rule 16 Scheduling Conference and Orders Advancing and Continuing Scheduling Conference; and

3. First Amended Complaint; Exhibit "1"; Summons

Person Served: DAVE KANDA (NOT FOUND)

Service: _____

Date: _____

Time: _____

Location: _____

_____

Service made by: _____

## ACKNOWLEDGMENT OF SERVICE

NEAL F. YORO
Name (print)

[signature]
Name (signature)