SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 12 2011

at __ o'clock and __ __ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05; MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, JEANNETTE TREVIAS, PAUL MARMULSTEIN, BRUCE GREEK, CALVIN NISHIO, AND DOES 13 THROUGH 20,<br><br>Defendants. | Case No. 1:11-cv-00262 DAE-RLP<br>(Copyright)<br><br>RETURN OF SERVICE |

# **RETURN OF SERVICE**

I HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS WERE SERVED UPON:

1. Complaint; Exhibit 1;

2. Order Setting Rule 16 Scheduling Conference and Orders Advancing and Continuing Scheduling Conference; and

3. First Amended Complaint; Exhibit "1"; Summons

Person Served: *PAUL MARMULSTEIN (NOT FOUND)*

Service: _____

Date: _____

Time: _____

Location: _____

Service made by: *[signature]*

## ACKNOWLEDGMENT OF SERVICE

_____
Name (print)

_____
Name (signature)

2