SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile: 808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax)
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 20 2011
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, JEANNETTE TREVIAS, PAUL MARMULSTEIN, BRUCE GREEK, CALVIN NISHIO, AND DOES 13 THROUGH 20,<br><br>Defendants. | Case No. 1:11-cv-00262 DAE-RLP<br>(Copyright)<br><br>AMENDED RETURN OF SERVICE\<br><br>**[Brad Hatcher]** |

## AMENDED RETURN OF SERVICE

I HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS WERE SERVED UPON:

1. Complaint; Exhibit 1;

2. Order Setting Rule 16 Scheduling Conference and Orders Advancing and Continuing Scheduling Conference; and

3. First Amended Complaint; Exhibit "1"; Summons

| | |
|---|---|
| Person Served: | Brad Hatcher |
| Service: | Substitute through roommate Marcus Brown |
| Date: | 10/9/11 |
| Time: | 1147 hours |
| Location: | 92-6084 Puapake Street, Kapolei, HI 96707 |
| Service made by: | _____ |
| | John Mallari |

## ACKNOWLEDGMENT OF SERVICE

REFUSED TO SIGN
_____
Name (print)

_____
Name (signature)