SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 1:11-cv-00262  DAE-RLP (Copyright) |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT CALVIN NISHIO [CORRECTED]; CERTIFICATE OF SERVICE** |
| HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05;  MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, PAUL MARMULSTEIN, BRUCE GREEK, CALVIN NISHIO, AND DOES 13 THROUGH 20, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT CALVIN NISHIO

Plaintiff LIBERTY MEDIA HOLDINGS, LLC ("Plaintiff" or "Liberty"), by and through its attorneys undersigned, respectfully files this Notice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing, with prejudice, all of its claims against Defendant CALVIN NISHIO.

Defendant CALVIN NISHIO has not been served with the complaint and has not served upon Plaintiff an answer, motion for summary judgment or other responsive pleading.

DATED:  Honolulu, Hawaii, November 7, 2011.

SETH M REISS, AAL, ALLLC
RANDAZZA LEGAL GROUP

*/s/  Seth M. Reiss*
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 1:11-cv-00262  DAE-RLP |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05;  MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, PAUL MARMULSTEIN, BRUCE GREEK, CALVIN NISHIO, AND DOES 13 THROUGH 20, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of

the foregoing pleading is being served by first class mail, postage prepaid, upon

the following named Defendants at their last known address:

CALVIN NISHIO

ERVIN B. HATCHER, Pro Se
96-6048 Puapake Street
Kapolei, HI  96707

DATED: Honolulu, Hawaii, November 7, 2011.

SETH M REISS, AAL, ALLLC

RANDAZZA LEGAL GROUP

*/s/  Seth M. Reiss*
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

2