SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F23 94C7B5BC9C05;  MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, PAUL MARMULSTEIN, BRUCE GREEK, AND DOES 13 THROUGH 20,<br><br>  Defendants. | Case No. 1:11-cv-00262  DAE-RLP<br> (Copyright)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF NON-SERVED DEFENDANTS NANCY KAPIKO, DAVE KANDA AND PAUL MARMULSTEIN, WITHOUT PREJUDICE; CERTIFICATE OF SERVICE** |

**PLAINTIFF'S NOTICE OF NON-SERVED DEFENDANTS NANCY KAPIKO, DAVE KANDA AND PAUL MARMULSTEIN, <u>WITHOUT PREJUDICE</u>**

Plaintiff, Liberty Media Holdings, LLC, by and through its undersigned counsel and pursuant to the Court's order dated November 22, 2011 denying Plaintiff's motion to reconsider order regarding additional time for service under Rule 4(m), FRCP (Doc. # 59), files this Notice of Voluntary Dismissal of all its claims against non-served Defendants NANCY KAPIKO, DAVE KANDA and PAUL MARMULSTEIN, without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  None of the Defendants NANCY KAPIKO, DAVE KANDA or PAUL MARMULSTEIN have served upon Plaintiff an answer or a motion for summary judgment.

DATED: Honolulu, Hawaii, December 14, 2011.

SETH M REISS, AAL, ALLLC
RANDAZZA LEGAL GROUP

*/s/ Seth M. Reiss*
SETH M. REISS
MARC RANDAZZA

Attorneys for Plaintiff
Liberty Media Holdings, LLC

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | Case No. 1:11-cv-00262 DAE-RLP (Copyright) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; MICHAELA HATANAKA, NANCY KAPIKO, BRAD HATCHER, DAVE KANDA, PAUL MARMULSTEIN, BRUCE GREEK, AND DOES 13 THROUGH 20, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing pleading is being served by first class mail, postage prepaid, upon the following named Defendant at his last known address:

ERVIN B. HATCHER, Pro Se
96-6048 Puapake Street
Kapolei, HI  96707

DATED: Honolulu, Hawaii, December 14, 2011.

SETH M REISS, AAL, ALLLC
RANDAZZA LEGAL GROUP

*/s/ Seth M. Reiss*
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

3