# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00262DAE-RLP |
| CASE NAME: | Liberty Media Holdings, LLC v. Hawaii Members of Swarm |
| ATTYS FOR PLA: | Marc Randazza |
| ATTYS FOR DEFT: | Brad Hatcher |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 01/30/2012 | TIME: | 9:45am-10:00am |

COURT ACTION: EP: Status Conference.

Status Conference held.

Submitted by: Theresa Lam, Courtroom Manager