SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc J. Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mail: mjr@randazza.com
*(Admitted Pro Hac Vice)

Attorneys for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; MICHAELA HATANAKA, BRAD HATCHER, BRUCE GREEK, AND DOES 13 THROUGH 20,<br><br>Defendants. | Case No. 1:11-cv-00262  DAE-RLP<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: PLAINTFFF'S INTIIAL DISCLSOURES TO HATCHER]** |

**CERTIFICATE OF SERVICE RE:**
**PLAINTIFF'S INITIAL DISCLOSURES TO HATCHER**

The undersigned hereby certifies that on December 16, 2011, a true and correct copy of Plaintiff's Initial Disclosures (To Hatcher); Certificate of Service was duly served by first class mail, postage prepaid, upon the following named Defendant at his last known addresses:

ERVIN B. HATCHER, Pro Se
96-6048 Puapake Street
Kapolei, HI  96707
bhatcher@hawaii.rr.com

DATED: Honolulu, Hawaii, February 19, 2012.

SETH M REISS, AAL, ALLLC
RANDAZZA LEGAL GROUP

/s/ *Seth M. Reiss*
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC