IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | ) ) ) | CIVIL 11-00262-DAE-RLP |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| HAWAII MEMBERS OF SWARM OF NOVEMBER 15, 2010 TO JANUARY 27, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2 394C7B5BC9C05, et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 27, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)© and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MICHAELA HATANAKA AND TO DIRECT THE CLERK OF COURT TO SET ASIDE

ENTRY OF DEFAULT AS TO MICHAELA HATANAKA," docket entry no. 80, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 18, 2012.



_____
David Alan Ezra
United States District Judge

Liberty Media Holdings, LLC vs. Hawaii Members of Swarm, etc., Civil No. 11-00262 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION