J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com


Attorney for Defendant
BRAD HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | Case No. 1:11-cv-00262 DAE-RLP |
| | (Copyright) |
| Plaintiff, | |
| | STIPULATION TO DISMISS ALL |
| vs. | CLAIMS AGAINST DEFENDANT |
| | BRAD HATCHER WITH |
| HAWAII MEMBERS OF SWARM OF | PREJUDICE AND ORDER |
| NOVEMBER 15, 2010 TO JANUARY | |
| 27, 2011, SHARING HASH FILE | |
| AE340D0560129AFEE8D78CE07F239 | |
| 4C7B5BC9C05; BRAD HATCHER, | |
| AND DOES 15 AND 19 | |
| | |
| Defendants. | |

**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT
BRAD HATCHER WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff

LIBERTY MEDIA HOLDINGS, LLC and Defendant BRAD HATCHER,

that all claims against Defendant Hatcher are dismissed with prejudice, with

each party to bear his or her own attorneys' fees and costs. This stipulation for dismissal with prejudice is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by the respective counsel for each remaining party who has made an appearance in this action.

AGREED TO AND STIPULATED BY:

*/s/  Seth M. Reiss*
SETH M. REISS
Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC,

*/s/ J. Stephen Street*
J. STEPHEN STREET
Attorney for Defendant BRAD HATCHER

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, July 12, 2012.

_____
UNITED STATES DISTICT COURT JUDGE

_____
*Liberty Media Holdings, Llc. Vs. Hawaii Members Of Swarm Of November 15, 2010 To January 27, 2011, Sharing Hash File Ae340d0560129afee8d78ce07f2394c7b5bc9c05; Brad Hatcher, Bruce Greek, And Does 15 And 19* 1:11-cv-00262 DAE-RLP; **STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT BRAD HATCHER WITH PREJUDICE AND ORDER**